Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Darryl Craig Hicks**

Debtor(s)

Case No.: **14-20905**
Judge: **Vincent F. Papalia**
Chapter: **13**

## SIXTH MODIFIED CHAPTER 13 PLAN AND MOTIONS

☐ Original
☑ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
☑ Discharge Sought
☐ No Discharge Sought

Date: **7/6/2016**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay **353.57 Monthly** to the Chapter 13 Trustee, starting on **June 1, 2014** for approximately **7** months then **700.00 Monthly** for approximately **53** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

1

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☑ Loan modification with respect to mortgage encumbering property
  Description: **1107 Thornton Avenue Plainfield, NJ**
  Proposed date for completion: **12/31/2016**

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $\_\_\_ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to \_\_\_ (creditor).

b. Adequate protection payments will be made in the amount of $\_\_\_ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to \_\_\_ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Kirsten B. Ennis, Esq. ~KBE7927** | **Attorney Fees** | **1,000.00** |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

2

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| BNB Hana Bank | 420-424 Spruce Street, Plainfield NJ 07060 | 236,636.94 | 79,000.00 | Bank of America - 226,623.00 | No value | N/A | 0.00 |
| BNB Hana Bank | 1107-1109 Thornton Avenue, Plainfield New Jersey 07060 | 236,636.94 | 169,900.00 | Pnc Mortgage - 425,790.00 | No value | N/A | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| BNB Hana Bank Lisa M. Fadini, Esq | 129-131 West 4th Street Plainfield, NJ 07060 - Property Currently in Foreclosure - Sheriff Sale pending | Unknown | Unknown |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

Creditor
**Bank of America**
**Pnc Mortgage**

**e. Secured Claims to be paid in full through the Plan**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

**Part 5: Unsecured Claims**

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

____    Not less than $____ to be distributed *pro rata*

____    Not less than ___ percent

__X__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a.  **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

   b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **BNB Hana Bank** | **420-424 Spruce Street, Plainfield NJ 07060** | **236,636.94** |
| **BNB Hana Bank** | **1107-1109 Thornton Avenue, Plainfield New Jersey 07060** | **236,636.94** |

   c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

   a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

   b. **Payment Notices**

4

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### e. Other Provisions:

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **12/9/2015**.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Modified to extend the time to complete the loan modification on the Thornton property. | Modified to extend the time to complete the loan modification on the Thornton property. |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    July 6, 2016    /s/ Kirsten B. Ennis, Esq.
Kirsten B. Ennis, Esq.
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    July 6, 2016    /s/ Darryl Craig Hicks
Darryl Craig Hicks
Debtor

Date:    _____
Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:  
Darryl Craig Hicks  
    Debtor

Case No. 14-20905-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 11, 2016  
                      Form ID: pdf901    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
```
db             +Darryl Craig Hicks,    422 Spruce Street,    Plainfield, NJ 07060-2035
smg             U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
lm              Bank of America, NA,    PO Box 660933,    Dallas, TX  75266-0933
lm              Bank of America, NA,    PO Box 5170,    Simi Valley, CA  93062-5170
cr             +PNC BANK, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
514817294     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
514915344      +BNB Hana Bank, NA,    250 Fifth Ave.,    New York, NY 10001-6405
514817293      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
515005598      +CitiMortgage, Inc.,,    Bank of America, N.A.,    c/o Kivitz, McKeever, Lee, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
514817297      +Lisa M. Fadini, Esq,    c/o BNB Hana Bank, NA,    250 Fifth Avenue,    New York, NY 10001-6405
515090896      +PNC Bank, National Association,    3232 Newmark Drive,    B6-YM14-01-3,
                 Miamisburg, OH 45342-5421
514817298      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
514850809      +Slomin Security, Inc.,    Eichenbaum & Stylianou, LLC,    10 Forest Ave.,
                 Paramus, NJ 07652-5242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2016 23:23:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514834671       E-mail/Text: mrdiscen@discover.com Jul 11 2016 23:22:24      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
514817296      +E-mail/Text: mrdiscen@discover.com Jul 11 2016 23:22:24      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +PNC Mortgage,    6 N. Main Street,    Dayton, OH 45402-1908
514817295*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on July 6, 2016 at the address(es) listed below:
```
              Brian C. Nicholas     on behalf of Creditor    PNC BANK, National Association
               bnicholas@kmllawgroup.com
              Frank J. Martone     on behalf of Creditor    PNC BANK, National Association bky@martonelaw.com,
               cschlosser@martonelaw.com
              Ira Deiches     on behalf of Creditor   BNB Hana Bank, National Association ideiches@deicheslaw.com
              Joshua I. Goldman    on behalf of Creditor   CITIMORTGAGE, INC. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Darryl Craig Hicks pacerecf@ennislegal.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
                                                                                              TOTAL: 6
```