UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Citibank, N.A.

**Order Filed on September 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Darryl Craig Hicks,

Debtor.

Case No.: 14-20905-VFP

Adv. No.:

Hearing Date: 9/15/2016 @ 11:00 a.m.

Judge: Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 30, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtosr:  Darryl Craig Hicks
Case No:  14-20905-VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Citibank, N.A., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 420-24 Spruce Street, Plainfield, NJ 07060, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Kirsten Ennis, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 31, 2016, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2016 through August 2016 with $1,321.77 in suspense for a total post-petition default of $10,449.69 (6 @ $1,961.91,less suspense balance of $1,321.77); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall make a lump sum payment of $10,449.69 by 9/30/2016 to cure the post-petition arrears; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2016, directly to Secured Creditor care of its servicer, Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

Daryl Craig Hicks
422 Spruce Street
Springfield, NJ 07060

Kirsten B. Ennis, Esq.
92 East Main Street
Suite 407
Somerville, NJ 08876

Marie-Ann Greenberg, Chapter 13 Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-20905-VFP
Darryl Craig Hicks                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin            Page 1 of 1           Date Rcvd: Sep 30, 2016
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
db            +Darryl Craig Hicks,    422 Spruce Street,    Plainfield, NJ 07060-2035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    PNC BANK, National Association
       bnicholas@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Frank J. Martone    on behalf of Creditor    PNC BANK, National Association bky@martonelaw.com,
       cschlosser@martonelaw.com
      Ira Deiches    on behalf of Creditor    BNB Hana Bank, National Association ideiches@deicheslaw.com
      Joshua I. Goldman    on behalf of Creditor    CITIMORTGAGE, INC. jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kirsten B. Ennis    on behalf of Debtor Darryl Craig Hicks pacerecf@ennislegal.com
      Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                       TOTAL: 7