**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-2(c)
**KIRSTEN B. ENNIS, LLC**
92 East Main Street, Suite 407
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Darryl Hick , Debtor

In re:                                                      Case No.: 14-20905

    Darryl Hicks,  Debtor                      Chapter 13

                                           Judge: Hon. Vincent F. Papalia

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☒ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.    ☐   Motion for Relief from the Automatic Stay filed

         by_____ _____, creditor,

A hearing has been scheduled for _____, at _____ __m.

OR

       ☐   Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ __m.

       ☒   Certification of Default filed by __Chapter 13 Standing Trustee_ .

I am requesting a hearing be scheduled on this matter.

2.    I am objecting to the above for the following reasons **(choose one)**:

☒ Payments have been made in the amount of $ __1,400.00_____, but have not been accounted for.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:_____

_____

_____

☐ Other **(explain your answer)**:_____

_____

_____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: __12/29/2016_____    __/s/ Darryl Hicks_____
                                    Debtor's Signature

Date: _____    _____
                                    Debtor's Signature

**NOTE:**
1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within fourteen (14) days of the filing of a *Creditor's Certification of Default.*