Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:   14−20905−VFP
                Chapter:   13
                Judge:   Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl Craig Hicks
   1107−1109 Thornton Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8340

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:             February 2, 2017
Time:            11:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*164* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/2/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*166* – Certification in Opposition to Trustee's Certification of Default (related document:164 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/2/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Kirsten B. Ennis on behalf of Darryl Craig Hicks. (Ennis, Kirsten)

and transact such other business as may properly come before the meeting.


Dated: January 4, 2017
JJW: jf

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 14-20905-VFP
Darryl Craig Hicks                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jan 04, 2017
                               Form ID: 173             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db        +Darryl Craig Hicks,   1107-1109 Thornton Avenue,   Plainfield, NJ 07060-2636
lm         Bank of America, NA,   PO Box 660933,   Dallas, TX 75266-0933
lm         Bank of America, NA,   PO Box 5170,   Simi Valley, CA 93062-5170
cr        +PNC BANK, National Association,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
lm        +PNC Mortgage,  6 N. Main Street,   Dayton, OH 45402-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
         Brian C. Nicholas   on behalf of Creditor   PNC BANK, National Association
          bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   CitiBank, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   CITIMORTGAGE, INC. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Frank J. Martone   on behalf of Creditor   PNC BANK, National Association bky@martonelaw.com
         Ira Deiches   on behalf of Creditor   BNB Hana Bank, National Association ideiches@deicheslaw.com
         Joshua I. Goldman   on behalf of Creditor   CITIMORTGAGE, INC. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kirsten B. Ennis   on behalf of Debtor Darryl Craig Hicks pacerecf@ennislegal.com
         Marie-Ann Greenberg   magecf@magtrustee.com
                                                                                               TOTAL: 8