Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−20905−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl Craig Hicks
   1107−1109 Thornton Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8340

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 12, 2016.

On 2/2/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:               March 2, 2017
Time:              10:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 3, 2017
JAN: rh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-20905-VFP
Darryl Craig Hicks                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 03, 2017
                              Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
```
db            +Darryl Craig Hicks,    1107-1109 Thornton Avenue,    Plainfield, NJ 07060-2636
lm             Bank of America, NA,    PO Box 660933,    Dallas, TX  75266-0933
lm             Bank of America, NA,    PO Box 5170,    Simi Valley, CA  93062-5170
cr            +PNC BANK, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
514817294    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
514915344     +BNB Hana Bank, NA,    250 Fifth Ave.,    New York, NY 10001-6405
514817293     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
515005598     +CitiMortgage, Inc.,,    Bank of America, N.A.,    c/o Kivitz, McKeever, Lee, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
514817297     +Lisa M. Fadini, Esq,    c/o BNB Hana Bank, NA,    250 Fifth Avenue,    New York, NY 10001-6405
515090896     +PNC Bank, National Association,    3232 Newmark Drive,    B6-YM14-01-3,
                Miamisburg, OH 45342-5421
514817298     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
514850809     +Slomin Security, Inc.,    Eichenbaum & Stylianou, LLC,    10 Forest Ave.,
                Paramus, NJ 07652-5242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 03 2017 23:11:53     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 03 2017 23:11:50     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514834671      E-mail/Text: mrdiscen@discover.com Feb 03 2017 23:11:35     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
514817296     +E-mail/Text: mrdiscen@discover.com Feb 03 2017 23:11:35     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           +PNC Mortgage,    6 N. Main Street,    Dayton, OH 45402-1908
514817295*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor   PNC BANK, National Association
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   CITIMORTGAGE, INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   CitiBank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor   PNC BANK, National Association bky@martonelaw.com
              Ira Deiches    on behalf of Creditor   BNB Hana Bank, National Association ideiches@deicheslaw.com
              Joshua I. Goldman    on behalf of Creditor   CITIMORTGAGE, INC. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Darryl Craig Hicks pacerecf@ennislegal.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 03, 2017
                              Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann  Greenberg     magecf@magtrustee.com
          TOTAL: 8