Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 14–20905–VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Darryl Craig Hicks
    1107–1109 Thornton Avenue
    Plainfield, NJ 07060

Social Security No.:
    xxx–xx–8340

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:                April 6, 2017
Time:              11:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*180* – Creditor's Certification of Default (related document:153 Motion for Relief from Stay re: 420–24 Spruce St, Plainfield NJ 07060. Fee Amount &#036 176. filed by Creditor CitiBank, N.A., 154 Opposition filed by Debtor Darryl Craig Hicks, 158 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CitiBank, N.A.. Objection deadline is 03/15/2017. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*181* – Certification in Opposition to Certification of Default (related document:180 Creditor's Certification of Default (related document:153 Motion for Relief from Stay re: 420–24 Spruce St, Plainfield NJ 07060. Fee Amount &#036 176. filed by Creditor CitiBank, N.A., 154 Opposition filed by Debtor Darryl Craig Hicks, 158 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CitiBank, N.A.. Objection deadline is 03/15/2017. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CitiBank, N.A.) filed by Kirsten B. Ennis on behalf of Darryl Craig Hicks. (Ennis, Kirsten)

and transact such other business as may properly come before the meeting.

Dated: March 13, 2017
JAN: jf

                                                                   Jeanne Naughton
                                                                   Clerk