**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−20905−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl Craig Hicks
   1107−1109 Thornton Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8340

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:        April 6, 2017
Time:        11:00 AM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*180* − Creditor's Certification of Default (related document:153 Motion for Relief from Stay re: 420−24 Spruce St, Plainfield NJ 07060. Fee Amount &#036 176. filed by Creditor CitiBank, N.A., 154 Opposition filed by Debtor Darryl Craig Hicks, 158 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CitiBank, N.A.. Objection deadline is 03/15/2017. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*181* − Certification in Opposition to Certification of Default (related document:180 Creditor's Certification of Default (related document:153 Motion for Relief from Stay re: 420−24 Spruce St, Plainfield NJ 07060. Fee Amount &#036 176. filed by Creditor CitiBank, N.A., 154 Opposition filed by Debtor Darryl Craig Hicks, 158 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CitiBank, N.A.. Objection deadline is 03/15/2017. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CitiBank, N.A.) filed by Kirsten B. Ennis on behalf of Darryl Craig Hicks. (Ennis, Kirsten)

and transact such other business as may properly come before the meeting.

Dated: March 13, 2017
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Darryl Craig Hicks  
    Debtor

Case No. 14-20905-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 13, 2017  
                   Form ID: 173     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.
```
db          +Darryl Craig Hicks,    1107-1109 Thornton Avenue,    Plainfield, NJ 07060-2636
lm           Bank of America, NA,    PO Box 660933,    Dallas, TX 75266-0933
lm           Bank of America, NA,    PO Box 5170,    Simi Valley, CA 93062-5170
cr          +PNC BANK, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
lm          +PNC Mortgage,    6 N. Main Street,    Dayton, OH 45402-1908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:
```
          Brian C. Nicholas    on behalf of Creditor    PNC BANK, National Association
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    CITIMORTGAGE, INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Frank J. Martone    on behalf of Creditor    PNC BANK, National Association bky@martonelaw.com
          Ira Deiches    on behalf of Creditor    BNB Hana Bank, National Association ideiches@deicheslaw.com
          Joshua I. Goldman    on behalf of Creditor    CITIMORTGAGE, INC. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kirsten B. Ennis    on behalf of Debtor Darryl Craig Hicks pacerecf@ennislegal.com
          Marie-Ann Greenberg    magecf@magtrustee.com
```
                                                          TOTAL: 8