Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−20905−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl Craig Hicks
   1107−1109 Thornton Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8340

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/10/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 10, 2017
JAN: mcp

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-20905-VFP
Darryl Craig Hicks                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 10, 2017
                              Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db            +Darryl Craig Hicks,    1107-1109 Thornton Avenue,    Plainfield, NJ 07060-2636
lm             Bank of America, NA,    PO Box 660933,    Dallas, TX 75266-0933
cr            +PNC BANK, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
514915344     +BNB Hana Bank, NA,    250 Fifth Ave.,    New York, NY 10001-6405
515005598     +CitiMortgage, Inc.,,    Bank of America, N.A.,    c/o Kivitz, McKeever, Lee, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
514817297     +Lisa M. Fadini, Esq,    c/o BNB Hana Bank, NA,    250 Fifth Avenue,    New York, NY 10001-6405
515090896     +PNC Bank, National Association,    3232 Newmark Drive,    B6-YM14-01-3,
               Miamisburg, OH 45342-5421
514817298     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
514850809     +Slomin Security, Inc.,    Eichenbaum & Stylianou, LLC,    10 Forest Ave.,
               Paramus, NJ 07652-5242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2017 22:32:43      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2017 22:32:39      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
lm             EDI: BANKAMER.COM Apr 10 2017 22:08:00      Bank of America, NA,    PO Box 5170,
               Simi Valley, CA 93062-5170
514817295      EDI: BANKAMER.COM Apr 10 2017 22:08:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
514817294      EDI: BANKAMER.COM Apr 10 2017 22:08:00      Bank of America,    4161 Piedmont Pkwy,
               Greensboro, NC 27410
514817293     +EDI: BANKAMER.COM Apr 10 2017 22:08:00      Bank of America,
               Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
514834671      EDI: DISCOVER.COM Apr 10 2017 22:08:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH 43054-3025
514817296     +EDI: DISCOVER.COM Apr 10 2017 22:08:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           +PNC Mortgage,    6 N. Main Street,    Dayton, OH 45402-1908
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    PNC BANK, National Association
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    CITIMORTGAGE, INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Frank J. Martone    on behalf of Creditor    PNC BANK, National Association bky@martonelaw.com
          Ira Deiches    on behalf of Creditor    BNB Hana Bank, National Association ideiches@deicheslaw.com
          Joshua I. Goldman    on behalf of Creditor    CITIMORTGAGE, INC. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kirsten B. Ennis    on behalf of Debtor Darryl Craig Hicks pacerecf@ennislegal.com
          Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 8