| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br>    DARRYL CRAIG HICKS | Order Filed on April 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  14-20905<br><br>Hearing Date:  04/06/2017<br><br>Judge:  VINCENT F. PAPALIA |

## ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: April 10, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

Debtor(s): DARRYL CRAIG HICKS

Case No.: 14-20905VFP

Caption of Order: Order Denying Confirmation and Dismissing Petition

---

THIS MATTER having come before the Court on 04/06/2017 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions,  except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-20905-VFP
Darryl Craig Hicks                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1            Date Rcvd: Apr 10, 2017
                            Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db           +Darryl Craig Hicks,    1107-1109 Thornton Avenue,    Plainfield, NJ 07060-2636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    PNC BANK, National Association
      bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    CITIMORTGAGE, INC. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Frank J. Martone    on behalf of Creditor    PNC BANK, National Association bky@martonelaw.com
      Ira Deiches    on behalf of Creditor    BNB Hana Bank, National Association ideiches@deicheslaw.com
      Joshua I. Goldman    on behalf of Creditor    CITIMORTGAGE, INC. jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Kirsten B. Ennis    on behalf of Debtor Darryl Craig Hicks pacerecf@ennislegal.com
      Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                                TOTAL: 8